UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VALERIE WILLIAMS,<br><br>                      Plaintiff,<br><br>   -against-<br><br>LONG BEACH MORTGAGE COMPANY, ET AL,<br><br>                      Defendant. | 22-CV-6838 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the January 30, 23, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 30, 2023
              New York, New York

                                                  /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                         Chief United States District Judge